```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 08950
   ANTHONY E. LEVY
   YVONNE M LEVY                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-0381    SSN XXX-XX-4164

------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 04/11/08 .

     2.  The case was converted to Chapter 7 without confirmation, 06/03/2008.

------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------
BANK OF AMERICA NA         CURRENT MORTG        .00            .00            .00
BANK OF AMERICA NA         MORTGAGE ARRE  NOT FILED            .00            .00
AMERICREDIT FINANCIAL      SECURED VEHIC        .00            .00            .00
GMAC PAYMENT CENTER        SECURED VEHIC        .00            .00            .00
AMERICAN EXPRESS           UNSECURED      NOT FILED            .00            .00
CITICARDS PRIVATE LABEL    UNSECURED      NOT FILED            .00            .00
CHASE BANK USA             UNSECURED      NOT FILED            .00            .00
CHASE BANK USA             UNSECURED      NOT FILED            .00            .00
CITICARDS PRIVATE LABEL    UNSECURED      NOT FILED            .00            .00
DISCOVER BANK              UNSECURED      NOT FILED            .00            .00
         Summary of disbursements:
------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00           .00          .00           .00           .00
PRINCIPAL PAID         .00           .00          .00           .00           .00
INTEREST PAID          .00           .00          .00           .00           .00
TOTAL PAID             .00           .00          .00           .00           .00
The Debtor's attorney, JAY M REESE                 , was allowed $         .00
and was paid $           .00 .

The Trustee received $          .00 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 09/18/08                   /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE
```

```
                         PAGE   2
   CASE NO. 08 B 08950 ANTHONY E. LEVY & YVONNE M LEVY
```